**Appeal Dismissed and Memorandum Opinion filed April 23, 2024.**



**In The**

# Fourteenth Court of Appeals

---

**NO. 14-23-00800-CV**

---

**WILLIAM B. LOTZ, Appellant**

**V.**

**LOYD OWEN, Appellee**

---

**On Appeal from the 87th District Court**
**Freestone County, Texas**
**Trial Court Cause No. CV22122**

---

**MEMORANDUM OPINION**

This appeal is from a judgment signed July 20, 2023. The clerk's record was filed November 14, 2023. The reporter's record was filed March 5, 2024. No brief was filed.

On April 5, 2024, we issued a notice stating that unless appellant filed a brief along with a motion requesting an extension of time on or before April 5, 2024, the appeal was subject to dismissal without further notice for want of prosecution. *See* Tex. R. App. P. 42.3(b).

Appellant filed no brief or other response. We dismiss the appeal.

PER CURIAM

Panel consists of Chief Justice Christopher and Justices Zimmerer and Wilson.